## GOLDSTEIN v ABBOT

Ohio Appeals, 8th Dist, Cuyahoga Co
No 11124. Decided Feb. 2, 1931

MIDDLETON, P. J. (4th Dist) and CROW, and JUSTICE, JJ. (3rd Dist) sitting.

Elmer I. Schwartz, Cleveland, for Goldstein.

McConnell, Lind, Blackmore, Cory and Griffith, Cleveland, for Abbot.

CROW, J.

It is not necessary to quote from cases or other authorities the basic principles

underlying the doctrine of res adjudicata; it is quite sufficient to say that whatever material questions were in issue in a former suit and there determined, as well as every other question which might properly have been litigated in the case, will be conclusively deemed at an end so far as future judicial inquiry is concerned.

Manifestly the question of negligence as between Goldstein and Abbot could not have been properly determined in the first suit, the only matter there being, as we have said, the liability of Goldstein and Abbot as joint wrongdoers, to Marshall.

The Municipal Court was clearly in error in admitting the evidence of the adjudication in the first case and that error being prejudicial, the judgment must be reversed at the cost of defendant in error, and the cause remanded for a new trial or other proper proceeding.

Middleton, PJ, and Justice, J, concur.